UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CATANZARITE,<br><br>            Plaintiff,<br><br>    v.<br><br>D. PIERCE, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING DEFENDANT B. SUNDAY PURSUANT TO RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>[ECF No. 25] |

Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2014, the Court issued an order to show cause why Defendant B. Sunday should be dismissed from the action for failure to effectuate service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff filed a response to the order to show cause on February 28, 2014.

On March 5, 2014, the Magistrate Judge issued a Findings and Recommendation to dismiss Defendant B. Sunday pursuant to Rule 4(m) finding "[n]othing in Plaintiff's response to the order to show cause suggests Plaintiff can provide any further information relevant to effectuating service upon Defendant Sunday. Plaintiff has failed to provide the Court with good cause to extend the time for serving Defendant Sunday…." (ECF No. 25, F&R at 2.) The Findings and Recommendation was

served on Plaintiff and contained notice that Objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on March 24, 2014.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 5, 2014, is adopted in full; and
2. Defendant B. Sunday is dismissed from the action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **April 4, 2014**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE