UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CATANZARITE,<br><br>          Plaintiff,<br><br>     v.<br><br>D. PIERCE, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF DECEASED DEFENDANT<br><br>[ECF No. 21] |

Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 23, 2014, the Marshal returned the summons and USM-285 forms as to Defendant J. Ramos with a notation that he is deceased. (ECF No. 21.) The USM-285 form was served by mail on Plaintiff at his address of record. (Id.)

Rule 25(a)(1) of the Federal Rules of Civil Procedure states:

> If a party dies and the claim is not extinguished, the court may order substitution of a proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not make within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

1

As just stated, Plaintiff was served with the notice of death on January 23, 2014, and ninety days have passed and Plaintiff has failed to file a motion for substitution, and Defendant Ramos is subject to dismissal.

Accordingly, the Court HEREBY RECOMMENDS that Defendant J. Ramos be dismissed from the action.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30) days** after being served with the Findings and Recommendation, the parties may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **May 5, 2014**

UNITED STATES MAGISTRATE JUDGE

2