**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CATANZARITE,<br><br>       Plaintiff,<br><br>       v.<br><br>D. PIERCE, et al.,<br><br>       Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 54] |

Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 15, 2014, Defendants' unenumerated Rule 12(b) motion was denied, Defendants' motion to dismiss Plaintiff's claim arising prior to September 6, 2008, was granted, and the matter was referred back to the undersigned for further proceedings.  (ECF No. 54.)

Accordingly, IT IS HEREBY ORDERED that within **thirty (30)** days from the date of service of this order, Defendants shall file a further response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **October 16, 2014**   _____

UNITED STATES MAGISTRATE JUDGE