UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CATANZARITE,<br><br>            Plaintiff,<br><br>      v.<br><br>D. PIERCE, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 58] |

Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 12, 2014, Defendants filed a request to extend the time to file a motion for summary judgment.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendants are granted, up to and including **January 16, 2015**, to file their motion for summary judgment.

IT IS SO ORDERED.

Dated:   **November 13, 2014**

UNITED STATES MAGISTRATE JUDGE

1