UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CATANZARITE,<br><br>            Plaintiff,<br><br>      v.<br><br>D. PIERCE, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 63] |

Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 16, 2015, Defendants filed a motion for summary judgment. (ECF No. 63.) Plaintiff has failed to file an opposition or statement of non-opposition pursuant to Local Rule 230(*l*). Within thirty (30) days from the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition. <u>The failure to comply with this order will result in dismissal of the action for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated: __April 7, 2015__

UNITED STATES MAGISTRATE JUDGE

1