UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CATANZARITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. PIERCE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01502-LJO-SAB (PC)<br><br>ORDER REGARDING EXHIBIT B IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 63, 69] |

　　　　Plaintiff John Catanzarite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 16, 2015, Defendants filed a motion for summary judgment.  After review of Defendants' motion and related exhibits, it appears to the Court that Exhibit B, inmate appeal number CCI-0-11-00465, classification review dated November 24, 2010, may be incomplete as it does not include a second page (as all other committee decisions submitted) containing the case factors relied upon and the committee members names.  If such page exists, Defendants shall submit it within **ten (10)** days from the date of service of this order, and after the expiration of the ten-day period of time, the motion will again be submitted to the Court for review pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:　**May 20, 2015**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1